KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DENNIS MICHAEL NERNEY (CSBN 40989)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6917
  FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0181 VRW |
| Plaintiff, ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. ) | |
| JOSE JESUS QUINONES, ) | |
| Defendant. ) | |

To the Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Jose Jesus Quinones. The prisoner is required to appear in the above-referenced matter on Thursday, March 30, 2006 at 9:30 a.m. for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and

///

///

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR 06-0181 VRW

1 | jailor are set forth in the following writ.

3 | DATED: March 28, 2006                    Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney

                                            _____
                                            DENNIS MICHAEL NERNEY
                                            Assistant United States Attorney

9 | IT IS SO ORDERED.
10 | DATED: 28 March 06

                                            _____
                                            HON. BERNARD ZIMMERMAN
                                            United States Magistrate Judge

|     |     |
| --- | --- |
| 1   | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2   | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3   | authorized deputies; and the Jailor, Warden or Sheriff of the Glen Dyer, Oakland, CA: |
| 4   | **GREETINGS** |
| 5   | The prisoner, Jose Jesus Quinones, CDC #P71967, is in custody in the above-referenced |
| 6   | institution. He is required to appear as soon as possible on criminal charges now pending against |
| 7   | him in the United States District Court for the Northern District of California, 450 Golden Gate |
| 8   | Avenue, San Francisco, California 94102. Accordingly, |
| 9   | WE COMMAND that you produce the prisoner before the Duty Magistrate of the |
| 10  | Northern District of California on Thursday, March 30, 2006 at 9:30 a.m. You shall bring him |
| 11  | before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all |
| 12  | times necessary until the termination of the proceedings in this Court. Immediately thereafter, |
| 13  | you shall return the prisoner to the above-referenced institution, or abide by whatever further |
| 14  | order the Court may make concerning his custody. |
| 15  | WE FURTHER COMMAND that if the prisoner is to be released from custody in the |
| 16  | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States |
| 17  | Marshal or any of his authorized deputies pursuant to this writ. |
| 18  | WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the |
| 19  | United States District Court for the Northern District of California. |
| 20  |     |
| 21  | DATED: 2 8 MAR 2006                        CLERK |
| 22  |                                             UNITED STATES DISTRICT COURT |
|     |                                             NORTHERN DISTRICT OF CALIFORNIA |
| 23  |     |
| 24  |                                             _Rose Maka_ |
|     |                                             DEPUTY CLERK |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR 06-0181 VRW                                3