| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | DENNIS MICHAEL NERNEY (CSBN 40989)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7251 |
| 7 | |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0181 VRW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER DOCUMENTING<br>EXCLUSION OF TIME |
| JOSE JESUS QUINONES, and<br>LORENZO ROBLES, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on April 11, 2006, and with the consent of the defendants Jose Jesus Quinones and Lorenzo Robles ("defendants"), the Court enters this order (1) setting a hearing on May 16, 2006 at 10:30 a.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 11, 2006 to May 16, 2006. The parties agree, and the Court finds and holds, as follows:

1. Counsel advised the Court on April 11, 2006 that defense counsel needed time to review the discovery and to investigate the case further in order to determine what pre-

STIPULATION & [PROPOSED] ORDER
DOCUMENTING EXCLUSION OF TIME
[CR 06-0181 VRW]

1  trial motions might be brought. Continuing the case until May 16, 2006 will give the
2  defendants an opportunity to accomplish this objective.
3      2. The Court finds that, taking into the account the public interest in the prompt
4  disposition of criminal cases, granting the continuance until May 16, 2006 is necessary to
5  allow for effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6  Given these circumstances, the Court finds that the ends of justice served by excluding
7  the period from April 11, 2006 to May 16, 2006 outweigh the best interest of the public
8  and the defendants in a speedy trial. Id. § 3161(h)(8)(A).
9      3. Accordingly, and with the consent of the defendants, the Court (1) sets a hearing
10 for May 16, 2006 at 10:30 a.m. and (2) orders that the period from April 11, 2006 to May
11 16, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C.
12 § 3161(h)(8)(A) & (B)(iv).
13 IT IS SO STIPULATED.
14 DATED: April 18, 2006

                                         DENNIS MICHAEL NERNEY
15                                          Assistant United States Attorney
16
17 DATED: April    , 2006
18                                          DANIEL BLANK
                                         Attorney for defendant Jose Jesus Quinones
19 DATED: April    , 2006
20                                          KENNETH WINE
                                         Attorney for defendant Lorenzo Robles
21
22 IT IS SO ORDERED.
   DATED:_____
23                                          VAUGHN R. WALKER
24                                          United States District Judge
25
26
27
28

STIPULATION & [PROPOSED] ORDER
DOCUMENTING EXCLUSION OF TIME
[CR 06-0181 VRW]                    -2-

1  trial motions might be brought. Continuing the case until May 16, 2006 will give the
2  defendants an opportunity to accomplish this objective.
3   2. The Court finds that, taking into the account the public interest in the prompt
4  disposition of criminal cases, granting the continuance until May 16, 2006 is necessary to
5  allow for effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6  Given these circumstances, the Court finds that the ends of justice served by excluding
7  the period from April 11, 2006 to May 16, 2006 outweigh the best interest of the public
8  and the defendants in a speedy trial. Id. § 3161(h)(8)(A).
9   3. Accordingly, and with the consent of the defendants, the Court (1) sets a hearing
10 for May 16, 2006 at 10:30 a.m. and (2) orders that the period from April 11, 2006 to May
11 16, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C.
12 § 3161(h)(8)(A) & (B)(iv).
13 IT IS SO STIPULATED.
14 DATED: April 18, 2006

DENNIS MICHAEL NERNEY
Assistant United States Attorney

16
17 DATED: April    , 2006

DANIEL BLANK
Attorney for defendant Jose Jesus Quinones

19 DATED: April 19, 2006

KENNETH WINE
Attorney for defendant Lorenzo Robles

22 IT IS SO ORDERED.
23 DATED: April 25, 2006



IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & [PROPOSED] ORDER
DOCUMENTING EXCLUSION OF TIME
[CR 06-0181 VRW]                    -2-