1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  ALEXIS HUNTER (NYSBN 3939824)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-6844

8  Attorneys for Plaintiff

               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,        ) No.: CR 06-0181 VRW
13 |       Plaintiff,                 )
   |                                  ) STIPULATION AND [P~~ROPOSED~~]
14 |   v.                             ) ORDER EXCLUDING TIME UNDER
   |                                  ) THE SPEEDY TRIAL ACT
15 | JOSE JESUS QUINONES, and         )
   | LORENZO ROBLES,                  )
16 |                                  )
   |                                  )
17 |       Defendants.                )
   | _____  )
18

19      On Tuesday, May 16, 2006, the parties appeared before the Court for a status hearing and

20 motions and trial setting. The United States was represented by Assistant United States Attorney

21 Alexis Hunter, who appeared on behalf of her colleague Dennis Michael Nerney. Defendant Jose

22 Quinones was represented at the proceeding by Daniel Blank of the Office of the Federal Public

23 Defender. Defendant Lorenzo Robles was represented by Kenneth Wine. The case was set for a

24 further status hearing.

25      During the proceeding the parties jointly requested a continuance of the case to Tuesday,

26 July 18, 2006 at 10:30 a.m. AUSA Hunter represented that a large amount of wiretap evidence

27 (including numerous audio recordings, reports, and transcripts) is to be turned over to the

28 defendants in the coming days. The parties agreed that for such reason, counsel for the

Stipulation and [Proposed] Order
CR 06-0181 VRW

1 defendants would require a reasonable amount of time to review the discovery, confer with their
2 clients, investigate the case further, and confer with government counsel, AUSA Nerney. The
3 parties requested the continuance to July 18th in order to give the defendants an opportunity to
4 accomplish this objective.

5     The parties jointly requested that the time period from May 16, 2006 through and
6 including July 18, 2006 be excluded from the calculation of time under the Speedy Trial Act.
7 The defendants, through their counsel, consented to this exclusion of time.

8     Specifically, the parties moved to have the time from May 16, 2006 through and
9 including July 18, 2006 excluded from the time limits set forth in the Speedy Trial Act, 18
10 U.S.C. § 3161, on the ground that failure to exclude the time would unreasonably deny counsel
11 for the defendants the reasonable time necessary for effective preparation of counsel, taking into
12 account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In addition, the ends of
13 justice would be served by the Court excluding the proposed time period; these ends outweigh
14 the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(8)(A),
15 (B)(iv).

16     With the consent of the parties, the period from May 16, 2006 through and including
17 July 18, 2006 shall be excluded from the Speedy Trial Act calculation under 18 U.S.C.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  § 3161(h)(8)(A) and (B)(iv).

2     SO STIPULATED.

3

4  DATED:
                                    _____
                                    DANIEL BLANK
5                                   Counsel for Jose Jesus Quinones

6

7  DATED: 5/18/06
                                    _____
                                    KENNETH WINE
8                                   Counsel for Lorenzo Robles

9

10 DATED: 5/18/06
                                    _____
                                    ALEXIS HUNTER for Dennis Michael Nerney
11                                  Assistant United States Attorney

12

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15 DATED:
                                    _____
                                    VAUGHN R. WALKER
16                                  UNITES STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1 | § 3161(h)(8)(A) and (B)(iv).
2 | SO STIPULATED.
3 |
4 | DATED: 8/18/06
5 | _____
    | DANIEL BLANK
    | Counsel for Jose Jesus Quinones
6 |
7 | DATED:
8 | _____
    | KENNETH WINE
    | Counsel for Lorenzo Robles
9 |
10 | DATED: 5/18/06
11 | _____
     | ALEXIS HUNTER for Dennis Michael Nerney
     | Assistant United States Attorney
12 |
13 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
14 |
15 | DATED:   May 24, 2006
16 | _____
     | VAUGHN R. WALKER
     | UNITES STATES DISTRICT JUDGE