1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  DENNIS MICHAEL NERNEY (CSBN 40989)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone: (415) 436-6844
7
   Attorneys for Plaintiff
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,        )   No.:  CR 06-0181 VRW
                                     )
13          Plaintiff,               )
                                     )
14      v.                           )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME UNDER
15  JOSE JESUS QUINONES,             )   THE SPEEDY TRIAL ACT
                                     )
16                                   )
                                     )
17          Defendant.               )
    ─────────────────────────────────)
18

19        On Tuesday, August 1, 2006, the parties appeared before the Court for a status hearing

20  and motions and trial setting.  The United States was represented by Assistant United States

21  Attorney Dennis Michael Nerney.  Defendant Jose Quinones was represented at the proceeding

22  by Daniel Blank of the Office of the Federal Public Defender.  The case was set for a further

23  status hearing and/or guilty pleas by the defendant..

24        During the proceeding, the Defendant Quinones and the government jointly requested a

25  continuance of the case to Tuesday, August 15, 2006 at 10:30 a.m for  guilty pleas or a further

26  status hearing.  The parties agreed that for such reason, counsel for the defendant would require a

27  reasonable amount of time to confer with his client and government counsel in order to resolve

28  the case.  The parties requested the continuance in order to give the defendant and the

1    government an opportunity to accomplish this objective.

2        The parties jointly requested that the time period from August 1, 2006 through and

3    including August 15, 2006 be excluded from the calculation of time under the Speedy Trial Act.

4    The defendant, through his counsel, consented to this exclusion of time.

5        Specifically, the parties moved to have the time from August 1, 2006 through and

6    including August 15, 2006 excluded from the time limits set forth in the Speedy Trial Act, 18

7    U.S.C. § 3161, on the ground that failure to exclude the time would unreasonably deny counsel

8    for the defendant the reasonable time necessary for effective preparation of counsel, taking into

9    account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In addition, the ends of

10   justice would be served by the Court excluding the proposed time period; these ends outweigh

11   the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A),

12   (B)(iv).

13       With the consent of the parties, the period from August 1, 2006 through and including

14   August 15, 2006 shall be excluded from the Speedy Trial Act calculation under 18 U.S.C.

15   § 3161(h)(8)(A) and (B)(iv).

16       SO STIPULATED.

17

18   DATED: 08/07/06                    /s/   Daniel Blank
                                        DANIEL BLANK
19                                      Counsel for Jose Jesus Quinones

20

21   DATED: 08/03/06                    /s/    Dennis Michael Nerney
                                        DENNIS MICHAEL NERNEY
22                                      Assistant United States Attorney

23

24   PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26   DATED:   August 14, 2006
                                        _____
27                                      VAUGHN R. WALKER
                                        UNITED STATES DISTRICT JUDGE

28