KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENNIS MICHAEL NERNEY (CSBN 40989)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6844

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06-0181 VRW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JOSE JESUS QUINONES, ) | |
|     Defendant. ) | |

    On Tuesday, August 1, 2006, the parties appeared before the Court for a status hearing and motions and trial setting. The United States was represented by Assistant United States Attorney Dennis Michael Nerney. Defendant Jose Quinones was represented at the proceeding by Daniel Blank of the Office of the Federal Public Defender. The case was set for a further status hearing and/or guilty pleas by the defendant..

    During the proceeding, the Defendant Quinones and the government jointly requested a continuance of the case to Tuesday, August 15, 2006 at 10:30 a.m for guilty pleas or a further status hearing. The parties agreed that for such reason, counsel for the defendant would require a reasonable amount of time to confer with his client and government counsel in order to resolve the case. The parties requested the continuance in order to give the defendant and the

Stipulation and [Proposed] Order
CR 06-0181 VRW

1  government an opportunity to accomplish this objective.

2      The parties jointly requested that the time period from August 1, 2006 through and
3  including August 15, 2006 be excluded from the calculation of time under the Speedy Trial Act.
4  The defendant, through his counsel, consented to this exclusion of time.

5      Specifically, the parties moved to have the time from August 1, 2006 through and
6  including August 15, 2006 excluded from the time limits set forth in the Speedy Trial Act, 18
7  U.S.C. § 3161, on the ground that failure to exclude the time would unreasonably deny counsel
8  for the defendant the reasonable time necessary for effective preparation of counsel, taking into
9  account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In addition, the ends of
10 justice would be served by the Court excluding the proposed time period; these ends outweigh
11 the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A),
12 (B)(iv).

13     With the consent of the parties, the period from August 1, 2006 through and including
14 August 15, 2006 shall be excluded from the Speedy Trial Act calculation under 18 U.S.C.
15 § 3161(h)(8)(A) and (B)(iv).

16     SO STIPULATED.

17

18 DATED: 08/07/06             /s/   Daniel Blank
                                DANIEL BLANK
19                               Counsel for Jose Jesus Quinones

20

21 DATED: 08/03/06             /s/   Dennis Michael Nerney
                                DENNIS MICHAEL NERNEY
22                               Assistant United States Attorney

23

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26 DATED:  August 14, 2006
                                VAUGHN R. WALKER
27                               UNITED STATES DISTRICT JUDGE

28

Stipulation and [Proposed] Order
CR 06-0181 VRW                      2