1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  DENNIS MICHAEL NERNEY (CSBN 40989)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California 94102
7      Telephone: (415) 436-7251

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 06-0181 VRW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JOSE JESUS QUINONES, | ) | |
| Defendant. | ) | |

On Tuesday, October 10, 2006, the parties appeared before the Court for a status hearing on the possible resolution of the remaining counts in the indictment against the defendant Quinones.  The status hearing had been advanced from the previously scheduled date of October 17, 2006. The United States was represented by Assistant United States Attorney Dennis Michael Nerney.  Defendant Jose Quinones was represented at the proceeding by Daniel Blank of the Office of the Federal Public Defender. At the status hearing, the parties reported to the Court that more time was needed to resolve the issue whether Counts One and Three of the indictment would go to trial.

During the proceeding, the Defendant Quinones and the government jointly requested a continuance of the case to Tuesday, November 21, 2006 at 10:30 a.m for a further status hearing

1  concerning possible resolution of Counts One and Three of the indictment. The parties agreed
2  that for such reason, counsel for the defendant would require a reasonable amount of time to
3  confer with his client and government counsel would also need time to further consult with his
4  superiors in order to resolve the rest of the case. The Court had previously excluded the period
5  between the defendant's entry of guilty pleas to Counts Four and Five of the indictment until
6  October 17, 2006.
7       The parties jointly requested that the time period from October 17, 2006 through and
8  including November 21, 2006 be excluded from the calculation of time under the Speedy Trial
9  Act.  The defendant, through his counsel, consented to this exclusion of time.
10      Specifically, the parties moved to have the time from October 17, 2006 through and
11 including November 21, 2006 excluded from the time limits set forth in the Speedy Trial Act, 18
12 U.S.C. § 3161, on the ground that failure to exclude the time would unreasonably deny counsel
13 for the defendant the reasonable time necessary for effective preparation of counsel, taking into
14 account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv). The parties had previously
15 agreed that the case was complex within the meaning of Title, 18, U.S.C. § 3161(h)(8)(B)(ii)
16 because of the nature of the prosecution, and for that reason, time should also be excluded under
17 the Speedy Trial Act to permit defense counsel to continue to review the voluminous wiretap
18 discovery in the case. In addition, the ends of justice would be served by the Court excluding the
19 proposed time period; these ends outweigh the best interest of the public and the defendant in a
20 speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and [Proposed] Order
CR 06-0181 VRW                                  2

1  With the consent of the parties, the period from October 17. 2006 through and including
2  November 21, 2006 shall be excluded from the Speedy Trial Act calculation under 18 U.S.C.
3  § 3161(h)(8)(A), (B)(ii),and (B)(iv).
4     SO STIPULATED.

6  DATED: October 17, 2006                          /s/
                                         DANIEL BLANK
7                                           Counsel for Jose Jesus Quinones

9
10  DATED: October 17, 2006                         /s/
                                         DENNIS MICHAEL NERNEY
11                                           Assistant United States Attorney

13
14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  DATED:   10/25/2006                _____
16                                         VAUGHN R. WALKER
17                                         UNITES STATES DISTRICT JUDGE