1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  DENNIS MICHAEL NERNEY (CSBN 40989)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California 94102
7      Telephone: (415) 436-6844

8  Attorneys for Plaintiff

                UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,           )   No.: CR 06-0181 VRW
   |                                     )
13 |         Plaintiff,                  )
   |                                     )   STIPULATION AND [PROPOSED]
14 |    v.                               )   ORDER EXCLUDING TIME UNDER
   |                                     )   THE SPEEDY TRIAL ACT
15 | JOSE JESUS QUINONES,                )
   |                                     )
16 |                                     )
   |                                     )
17 |         Defendant.                  )
   |                                     )
18

19     On Tuesday, November 21, 2006, the parties appeared before the Court for a status

20 hearing on the possible resolution of the remaining counts in the indictment against the defendant

21 Quinones. The United States was represented by Assistant United States Attorney Dennis

22 Michael Nerney. Defendant Jose Quinones was represented at the proceeding by Daniel Blank of

23 the Office of the Federal Public Defender. At the status hearing, the parties reported to the Court

24 that more time was needed to resolve the issue whether Counts One and Three of the indictment

25 would go to trial.

26     During the proceeding, the Defendant Quinones and the government jointly requested a

27 continuance of the case to Tuesday, December 19, 2006 at 10:30 a.m for a further status hearing

28 concerning possible resolution of Counts One and Three of the indictment and for the possible

Stipulation and [Proposed] Order
CR 06-0181 VRW

1  sentencing of the defendant at that time. The parties agreed that for such reason, counsel for the
2  defendant would require a reasonable amount of time to confer with his client and government
3  counsel would also need time to further consult with his new superiors in order to resolve the rest
4  of the case. The Court had previously excluded the period between the defendant's entry of guilty
5  pleas to Counts Four and Five of the indictment until November 21, 2006.

6      The parties jointly requested that the time period from November 21, 2006 through and
7  including December 19, 2006 be excluded from the calculation of time under the Speedy Trial
8  Act.  The defendant, through his counsel, consented to this exclusion of time.

9      Specifically, the parties moved to have the time from November 21, 2006 through and
10 including December 19, 2006 excluded from the time limits set forth in the Speedy Trial Act, 18
11 U.S.C. § 3161, on the ground that failure to exclude the time would unreasonably deny counsel
12 for the defendant the reasonable time necessary for effective preparation of counsel, taking into
13 account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv). The parties had previously
14 agreed that the case was complex within the meaning of Title, 18, U.S.C. § 3161(h)(8)(B)(ii)
15 because of the nature of the prosecution, and for that reason, time should also be excluded under
16 the Speedy Trial Act to permit defense counsel to continue to review the voluminous wiretap
17 discovery in the case. In addition, the ends of justice would be served by the Court excluding the
18 proposed time period; these ends outweigh the best interest of the public and the defendant in a
19 speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Stipulation and [Proposed] Order
CR 06-0181 VRW                              2

1  With the consent of the parties, the period from November 21, 2006 through and
2  including December 19, 2006 shall be excluded from the Speedy Trial Act calculation under 18
3  U.S.C. § 3161(h)(8)(A), (B)(ii),and (B)(iv).
4     SO STIPULATED.

6  DATED: November 28, 2006                      _____/s/_____
7                                                DANIEL BLANK
                                                  Counsel for Jose Jesus Quinones

10 DATED: November 24, 2006
11                                                _____/s/_____
                                                  DENNIS MICHAEL NERNEY
12                                                Assistant United States Attorney

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

16 DATED:
                                                  _____
17                                                VAUGHN R WALKER
                                                  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

in the case of <u>United States v. Jose Jesus Quinones</u>, No. CR 06-0181 WHA to be served today as follows:

<u>By Hand Delivery</u>

Daniel Blank
Assistant Federal Public Defender
Office of the Federal Public Defender
450 Golden Gate Avenue, Room 19-6884
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of November, 2006, in San Francisco, California.

_____/s/_____
RAWATY YIM
Legal Assistant